**WINSTON LEE**
**ATTORNEY AT LAW**
**20 VESEY STREET ~ SUITE 400**
**NEW YORK, NEW YORK 10007**
—

**Tel. (212)267-1911**
**Fax. (212)964-2926**

June 9, 2020

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York         Filed ECF
40 Foley Square
New York, NY10007

      Re:    United States v. Giacomo Illare
               02 Cr. 498 (JMF)

Dear Judge Furman:

     I represent Mr. Giacomo Illare, the defendant in the above-referenced indictment. I write to respectfully request that the Court approve, nunc pro tunc, 15.8 additional hours of associate counsel time for services rendered by Dorea Silverman. The Court initially authorized 50 hours of associate counsel time at $90 per hour, with leave to apply for additional hours if necessary. ECF. No 77. Ms. Silverman's total hours are 65.8.

     The 15.8 additional hours resulted from Ms. Silverman's efforts to provide the Court with information about Mr. Illare's medical conditions in connection with his sentencing. I have reviewed Ms. Silverman's time and confirm the additional hours were necessary to provide the Court with complete and accurate information.

Respectfully submitted,

/s/
_____
Winston Lee

*Attorney for Giacomo Illare*

Application GRANTED. The Clerk of Court is directed to terminate Doc. #104.

SO ORDERED.
*[signature]*
June 10, 2020